# United States District Court
FOR THE

## NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

MAGISTRATE JUDGE SIDNEY I. SCHENKIER

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

**FILED**

UNITED STATES OF AMERICA )
NORTHERN DISTRICT OF ILLINOIS ) SS

JUL 2 6 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

CASE NUMBER: **00CR0590**

The undersigned Affiant personally appeared before Honorable Sidney I. Schenkier a United States Magistrate Judge, and being duly sworn on oath, states: that Philadelphia (City), Pennsylvania (State), one JAMIE GEMBECK (Defendant's Name), was charged with the violation of Sections 2243(a), 2422(b) and 2422(a) of the United States Code, Title 18, for offense of interstate communication to entice minor to travel, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Magistrate Judge (Bench or Magistrate Judge) Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_(signature)_
(Agent's Signature on Oath)
BETH MULLARKEY
Special Agent
Federal Bureau Of Investigation
(Agent's Name and Title)

**DOCKETED**
JUL 2 7 2000

Subscribed and Sworn to before me this 26th day of July, 2000 /s/
_(signature)_
SIDNEY I. SCHENKIER
United States Magistrate Judge

DEBORAH L. STEINER
(312)353-5324
Name of Assistant U.S. Attorney
Assigned to this case.

Bond set (or recommended) by issuing Court at _____
(State conditions or that no bond set)

'00 14:11   JSMS WARRANTS                    86305057556         P.02

# UNITED STATES DISTRICT COURT
## Eastern District of Pennsylvania

UNITED STATES OF AMERICA
v.
JAMIE GEMBECK

WARRANT FOR ARREST

Case Number CR. 00-422

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JAMIE GEMBECK</u>

and bring him or her forthwith to the nearest magistrate to answer a(n) Indictment charging him or her with

Sexual abuse of a minor, Interstate communication to entice minor & Enticement to travel in interstate commerce for illegal sexual activity.
in violation of Title 18 United States Code, Section(s) 2243(a), 2422(b) & 2422(a)

<u>MICHAEL E. KUNZ, CLERK OF COURT</u>
Name and Title of Issuing Officer



_____  7/20/00 - PHILA.
Signature of Issuing Officer      Date and Location

Bail fixed at $<u>NONE</u> by <u>HON. JACOB P. HART, U.S. MAGISTRATE JUDGE</u>
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

_____

Date Received _____
Date of Arrest_____

Name and Title of Arresting Officer_____